## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

### CASE NO.:  1:17-cv-01663

INTEGRITY SOLUTIONS GROUP, INC.,

      Plaintiff,

v.

HISCOX INSURANCE COMPANY INC.,

      Defendant.

### COMPLAINT

Plaintiff INTEGRITY SOLUTIONS GROUP, INC., by and through its undersigned counsel, hereby brings this Complaint against HISCOX INSURANCE COMPANY INC. ("Hiscox"), and states as follows:

1.      This is an action for a defense under a policy of commercial general liability insurance issued to Plaintiff INTEGRITY SOLUTIONS GROUP, INC. by HISCOX INSURANCE COMPANY INC.

### JURISDICTION AND VENUE

2.      Subject matter jurisdiction in this Court is proper under 28 U.S.C. § 1332 because this is a civil action between a citizen of the state of Colorado and a citizen of a foreign state in which Plaintiff has suffered damages in excess of $75,000 exclusive of interest and costs.

3.      Defendant is subject to personal jurisdiction in Colorado because it does business in the state of Colorado and is licensed to provide, adjust and/or administer insurance in Colorado.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

4.      Venue is proper in this judicial district and division pursuant to 28 U.S.C. §

1391(b)(2) because the actions complained of occurred here, and/or pursuant to 28 U.S.C. §

1391(b)(3) because Defendant is subject to personal jurisdiction in this judicial district.

## PARTIES

5.      Plaintiff INTEGRITY SOLUTIONS GROUP, INC. ("Integrity") is a Colorado

corporation with its principal place of business in Douglas County, Colorado.

6.      Defendant HISCOX INSURANCE COMPANY INC. ("Hiscox") is an Illinois

property and casualty insurer licensed by the Colorado Division of Insurance.

## FACTS

7.      Hiscox issued a policy of commercial general liability insurance to Integrity,

policy number UDC-1258835-BOP-15, covering the policy period from March 13, 2015

through March 13, 2016.  Hiscox renewed the policy the following year covering the policy

period from March 13, 2016 through March 13, 2017 under the policy number UDC-1258835-

BOP-16.  A complete and correct copy of policy number UDC-1258835-BOP-16 is attached

hereto as Exhibit A.

8.      The matter that gave rise to the dispute is a lawsuit pending in in the District of

Colorado and is entitled *Live Face on Web, LLC v. Integrity Solutions Group, Inc.,* United

States District Court, District of Colorado, Case No. 1:16-cv-01627-STV (the "LFOW Case").

A copy of the Complaint in the LFOW Case is attached as Exhibit B.

9.      In the LFOW Case, LFOW alleges that Integrity is liable for infringement of

LFOW's copyright in Integrity's internet advertising on Integrity's website.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

10.     Upon receipt of the Complaint in the LFOW Case, Integrity timely notified

Hiscox of the claim in the LFOW Case pursuant to the provisions of the Hiscox Policy, and

tendered the defense of the LFOW Case to Hiscox.

11.     On or about August 19, 2016, Hiscox denied coverage. Attached hereto as

Exhibit C is the letter of Matthew Pociask denying coverage under the Hiscox policy.

12.     Plaintiff retained the undersigned counsel to represent it and agreed to pay

counsel a reasonable fee for their services.

## COUNT I – DECLARATORY JUDGMENT

13.     Integrity repeats and realleges the allegations in paragraphs 1 through 12 as if

fully set forth herein.

14.     Based upon the four corners of the complaint in the LFOW Case, Integrity is

entitled to a defense from Hiscox in the LFOW Case under the Hiscox policy.

15.     Hiscox refused to defend Integrity in the LFOW Case.

16.     Hiscox's refusal to defend Integrity in the LFOW case breached the Hiscox

policy.

17.     There is an actual, present, *bona fide* dispute over the meaning and interpretation

of the language of the Hiscox Policy, including Hiscox's duty to defend Integrity in the LFOW

Case.

18.     As a result of the refusal of Hiscox to defend its insured, Integrity was forced to

retain counsel on its own behalf and incurred damages in the form of litigation expenses that are

the obligation of Hiscox.

19.     As a result of the breach of the Hiscox policy, Integrity was damaged and the

damages are continuing in nature.

3

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

20.     All conditions precedent to suit have occurred or been waived.

WHEREFORE, Plaintiff INTEGRITY SOLUTIONS GROUP, INC. seeks a judgment against HISCOX INSURANCE COMPANY INC., for money damages, attorneys' fees, costs, interest and for a declaration that:

a.     Plaintiff is owed a legal defense under the Hiscox policy for the claims asserted in the LFOW Case;

b.     Defendant is liable to Integrity for its reasonable attorneys' fees and costs incurred in the defense of the LFOW Case and that it must reimburse Integrity for those fees and costs with interest;

c.     Defendant is liable for Integrity's attorneys' fees and costs in this action with interest; and

d.     Award such further legal or equitable relief this court deems just.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all claims so triable.

4

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

Dated:  July 10, 2017                          Respectfully submitted,


                                               */s/Joel B. Rothman*
                                               Joel B. Rothman
                                               Florida Bar Number:  98220
                                               joel.rothman@sriplaw.com

                                               **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY
                                               LAW GROUP PLLC**
                                               4651 North Federal Highway
                                               Boca Raton, FL 33431
                                               561.404.4353– Telephone
                                               561.404.4353 – Facsimile

                                               - and –

                                               */s/ Thomas P. Walsh III*
                                               Thomas P. Walsh III
                                               Colorado Bar Number:
                                               tom@walshiplaw.com

                                               **WALSH IP LAW**
                                               7350 East Progress Place
                                               Sujite 100
                                               Englewood, CO  90111
                                               720.204.5672 – Telephone
                                               720.240.0757 – Facsimile

                                               *Counsel for Plaintiff Integrity Solutions Group, Inc.*

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431